600 A.2d 189

**Lawrence J. FIERST and Betty G. Fierst, his Wife, Respondents,**

v.

**COMMONWEALTH LAND TITLE INSURANCE COMPANY, a corporation, Petitioner.**

Supreme Court of Pennsylvania.

Jan. 10, 1992.

1. Act of April 13, 1988 P.L. 336, No. 47 § 3.

## ORDER

PER CURIAM:

The Petition for Allowance of Appeal is granted. The Order of Superior Court dated December 7, 1990, at No. 67 Pittsburgh, 1990, 410 Pa.Super. 660, 590 A.2d 380, which reversed the Order of the Court of Common Pleas of Westmoreland County, dated December 20, 1989, No. 10349 of 1981, is hereby reversed and remanded to Superior Court to reconsider the issues raised on appeal on their merits.